FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2017 DEC -1  PM 12: 49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

*Electronically Filed*

| | |
|---|---|
| ANTHONY D. JEWETT;<br>JANE DOE I;<br>JANE DOE II;<br>JANE DOE III;<br>JANE DOE IV;<br>JANE DOE V<br><br>PLAINTIFFS<br><br>v.<br><br>UNIVERSITY OF LOUISVILLE;<br>NATHANIEL IRVIN, II;<br>NATHANIEL IRVIN, III;<br>JOVIAN ZAYNE, LLC;<br>WONDALAND PRODUCTIONS, LLC;<br>EXOMEDICINE INSTITUTE<br><br>DEFENDANTS | 2:17-CV-659 FtM 38 MRM<br><br>CASE NO.: _____<br><br>DEFENDANTS, THE UNIVERSITY OF LOUISVILLE'S AND NATHANIEL IRVIN, II'S, NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441 |

Defendants, the University of Louisville (the "University of Louisville") and Nathaniel Irvin, II ("Dr. Irvin") (collectively, "Defendants"), by and through their undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 to remove the instant civil action to this Court. In support thereof, Defendants state as follows:

I.  **PROCEDURAL BACKGROUND**

1. On or about October 29, 2017, Plaintiffs, Anthony D. Jewett, Jane Doe I, Jane Doe II, Jane Doe III, Jane Doe IV, and Jane Doe V (collectively, "Plaintiffs"), filed a Complaint in Case No. 17-CA-003489 in the 20th Judicial Circuit Court for Lee County, Florida, and on November 6, 2017 the Plaintiffs filed an Amended Complaint against six defendants (the "State Court Action").

2. Based on conversations among counsel for the University of Louisville and Dr. Irvin and representatives of all of the defendants on November 20 and or 29, 2017, and undersigned counsel's online review of the court file on November 29, 2017, none of the defendants in the State Court Action have been served with process. Additionally, no proceedings have been held in the State Court Action.

3. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached hereto as Exhibits 1-a through 1-m all process, pleadings, orders, and other papers and exhibits filed in the State Court Action. The papers included within Exhibits 1-a through 1-m consist of:

Ex. 1-a: Civil Cover Sheet;

Ex. 1-b: Application for Indigency;

Ex. 1-c: Unsigned Complaint;

Ex. 1-d: Attachments/Exhibits to Complaint;

Ex. 1-e: Standing Order in Civil Cases;

Ex. 1-f: Summons Submitted for Issuance;

Ex. 1-g: Summons Submitted for Issuance;

Ex. 1-h: Summons Submitted for Issuance;

Ex. 1-i: Summons Submitted for Issuance;

Ex. 1-j: Summons Submitted for Issuance;

Ex. 1-k: Summons Submitted for Issuance;

Ex. 1-l: Amended Complaint;

Ex. 1-m: Application for Indigency.

Exhibits 1-a through 1-m constitute a copy of the entire file from the State Court Action.

4. Plaintiffs' Amended Complaint purports to assert claims against defendants for tortious interference with prospective economic advantage and undue invasion of privacy due to defendants' ostensible "use of voice-to-skull technology." Plaintiffs seek damages in the amount of $52,000,000 based on Plaintiffs' alleged loss of income, assets, pain, suffering, and other alleged benefits that Plaintiffs allege have been improperly conferred upon defendants.

## II. COMPLIANCE WITH THE PROCEDURAL ASPECTS OF THE REMOVAL STATUTE

5. This Notice of Removal is filed in compliance with 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after Defendants' receipt, through service or otherwise, of a copy of the initial pleadings setting forth Plaintiffs' claims

for relief in the State Court Action. None of the defendants have been served with process.

6. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Defendants University of Louisville and Dr. Irvin remove the case to this Court.

7. The underlying State Court Action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that Defendants the University of Louisville and Dr. Irvin may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of $75,000, exclusive or interest and costs, and is between citizens of different states.

8. Venue properly rests in the United States District Court for the Middle District of Florida, Fort Myers Division, pursuant to 28 U.S.C. § 1441(a), because this action is being removed from the 20th Judicial Circuit Court for Lee County, Florida, where it was originally filed.

### III. DIVERSITY OF CITIZENSHIP

9. Plaintiffs are now and were at all times relevant to this action citizens and residents of Florida. (*See* Amended Complaint ¶¶ 1-3).

10. Defendant University of Louisville is a Kentucky non-profit Corporation with its principal place of business in Louisville, Kentucky. (*See* Amended Complaint

¶ 4; *see also* Exhibit 2 (Corporate Summary from Kentucky Secretary of State Website)).

11. Defendant Dr. Irvin is now and was at all times relevant to this action a citizen and resident of Kentucky.

12. Defendant Wondaland Productions, LLC is a Georgia limited liability company with its principal place of business in Atlanta, Georgia. (*See* Amended Complaint ¶ 7; *see also* Exhibit 3 (Corporate Summary from Georgia Secretary of State Website)). All members of Wondaland Productions, LLC, are citizens and residents of Georgia and are not citizens or residents of Florida.

13. Defendant Nathaniel Irvin, III is now and was at all times relevant to this action a citizen and resident of Georgia.

14. Defendant Exomedicine Institute, Inc. is a Kentucky non-profit corporation with its principal place of business in Lexington, Kentucky. (*See* Exhibit 4 (Corporate Summary from Kentucky Secretary of State Website)).

15. Defendant Jovian Zayne, LLC is a Kentucky corporation with its principal place of business in New York, New York. (*See* Exhibit 5 (Corporate Summary from Kentucky Secretary of State Website)). All members of Jovian Zayne, LLC, are citizens and residents of New York or Kentucky, and are not a citizens or residents of Florida.

16. Therefore, there is complete diversity among the parties pursuant to 28 U.S.C. § 1332.

## IV. AMOUNT IN CONTROVERSY

17. Plaintiffs' Amended Complaint sets forth a demand for $52,000,000 in damages for loss of income, assets, pain, suffering, and other alleged benefits that have been improperly conferred upon Defendants.

18. Therefore, the amount in controversy is clearly an amount in excess of $75,000 pursuant to 28 U.S.C. § 1332.

## V. CONSENT

19. Defendants the University of Louisville and Dr. Irvin are not required to obtain consent for removal from the above named co-defendants because the co-defendants have not been served with process at the time this Notice of Removal was filed.[1]

## VI. CONCLUSION

20. Therefore, Defendants the University of Louisville and Dr. Irvin hereby give notice pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, of this removal from the

---

[1] *See Rodgers v. Atl. Contracting & Dev. Corp.*, No. 2:07-cv-533-FtM-34DNF, 2008 U.S. Dist. LEXIS 128172, at *8 (M.D. Fla. Sep. 3, 2008) (instructing that a notice of removal will not be deemed defective when a defendant foregoes obtaining consent from co-defendants who had not been served with process at the time of removal); *see also Fowler v. Hertz Vehicles, LLC*, No. 3:06-cv-635-J-33MCR, 2007 U.S. Dist. LEXIS 1656, at *4 (M.D. Fla. Jan. 9, 2007); *Gay v. Fluellen*, No. 8:06-cv-2382-T-30MSS, 2007 U.S. Dist. LEXIS 14348, at *4 n.5 (M.D. Fla. Mar. 1, 2007).

Circuit Court for Lee County, Florida, to the United States District Court for the Middle District of Florida, Fort Myers Division.

21. Written notice of this Notice of Removal has been given to Plaintiffs in this action by mailing this Notice to the address which Plaintiff provided on Plaintiff's Application for Determination of Civil Indigent Status: P.O. Box 1264, Fort Meyers, Florida, 33902.

22. A copy of this Notice of Removal is also being simultaneously filed with the 20th Judicial Circuit Court for Lee County, Florida, and a copy is attached hereto as Exhibit 6.

Respectfully submitted this 30th day of November 2017.

**DINSMORE & SHOHL, LLP**

Joseph N. Tucker, Esq. (Fla. Bar. No. 938297)
Suite 2500
101 South Fifth Street
Louisville, Kentucky 40202
502-540-2300 - phone
502-585-2207 - fax
joseph.tucker@dinsmore.com
*Counsel for Defendants University of Louisville and Nathaniel Irvin, II*

## **CERTIFICATE OF SERVICE**

    It is hereby certified that a copy of the foregoing *Notice of Removal* was mailed via overnight delivery to the U.S.D.C. Middle District of Florida at Fort Myers and served via U.S. Mail on the person at the address set forth below, this 30th day of November 2017:

Anthony D. Jewett
P.O. Box 1264
Fort Myers, FL 33902
(239) 410-4735
team@adjewett.com
adjewett@gmail.com
*Pro Se Plaintiff*

 

_____
*Counsel for Defendants University of Louisville and Nathaniel Irving, II*

**11785891v1**